


Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

March 10, 2021

United States District Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED**
The initial conference is adjourned from
March 17, 2021 to May 5, 2021 at 9:30 a.m.

MAR 1 1 2021   /s/ George B. Daniels
HON. GEORGE B. DANIELS

**Re:**   *Mercer v. Hawkins Way Capital LLC*, **Case No.: 1:20-cv-10217-GBD**

Dear U.S. District Judge Daniels:

This office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. We are currently in settlement discussions with counsel for the Defendant Hawkins Way Capital LLC ("Defendant"), and we are hopeful that the parties are close to resolving this matter. As a result, we are requesting a 30-day adjournment of the initial pretrial conference currently scheduled for March 17, 2021, at 9:30 a.m., including all other deadlines related to the Initial Pretrial Conference Order (D.E. 5). This is our first request for an adjournment, and our request will not prejudice any of the parties or affect any other scheduled dates.

We thank the Court for your time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*

Erik M. Bashian, Esq.

cc:   Jeffrey Gersh, Esq. *(via Email)*

500 OLD COUNTRY ROAD, SUITE 302, GARDEN CITY, NEW YORK 11530   T: (516) 279-1555   F: (516) 213-0339   WWW.BASHPAPLAW.COM