

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

April 28, 2021

**SO ORDERED**

United States District Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APR 29 2021

The initial conference scheduled for May 5, 2021 at 930 a.m. is adjourned to June 9, 2021 at 9:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

**Re:** *Mercer v. Hawkins Way Capital LLC*, Case No.: 1:20-cv-10217-GBD

Dear U.S. District Judge Daniels:

This office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. We are currently in settlement discussions with counsel for the Defendant Hawkins Way Capital LLC ("Defendant"), and we are awaiting final comments to the proposed settlement agreement. As a result, we are requesting a 30-day adjournment of the initial pretrial conference currently scheduled for May 5, 2021, at 9:30 a.m., including all other deadlines related to the Initial Pretrial Conference Order (D.E. 5). This is our second request for an adjournment, and our request will not prejudice any of the parties or affect any other scheduled dates.

We thank the Court for your time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

/s/ *Erik M. Bashian*

Erik M. Bashian, Esq.

cc: Jeffrey Gersh, Esq. *(via Email)*