

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

May 25, 2021

United States District Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:** *Mercer v. Hawkins Way Capital LLC,* **Case No.: 1:20-cv-10217-GBD**

Dear U.S. District Judge Daniels:

      This office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. We are pleased to inform the Court that the above referenced action has been settled and a settlement agreement has been drafted and executed by all parties. Respectfully, we are requesting together with counsel for the defendant a stay of all deadlines and conferences for a period of up to thirty (30) days so that the defendant can fulfill the terms of the settlement agreement and we may file a notice of voluntary dismissal.

      We thank this Honorable Court for its time and consideration in this matter.

      Respectfully submitted,

      BASHIAN & PAPANTONIOU, P.C.

      */s/ Erik M. Bashian*
      _____
      Erik M. Bashian, Esq.

cc: Jeffrey Gersh, Esq. *(via Email)*